Donald S. Edgar, Esq. (SBN 139324)
Jeremy R. Fietz, Esq. (SBN 200396)
Rex Grady, Esq. (SBN 232236)
**EDGAR LAW FIRM**
408 College Avenue
Santa Rosa, California, 95401
Tel:   (707)  545-3200
Fax:   (707)  578-3040

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENEANE BAQUE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MEDTRONIC, INC., a corporation,<br><br>Defendant. | CASE NO. 07cv5352<br><br>CLASS ACTION<br><br>DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated:  November 21, 2007                    **EDGAR LAW FIRM**

                                                                By:  *Jeremy R. Fietz*
                                                                       Jeremy R. Fietz, Esq.

- 1 -

Declination To Proceed Before Magistrate Judge And Request For Reassignment