**United States District Court**
For the Northern District of California

1

2

3                    IN THE UNITED STATES DISTRICT COURT

4                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

5

6    JENEANE BAQUE,                              No. C 07-05352 WHA

7              Plaintiff,

8       v.                                       **CLERK'S NOTICE SCHEDULING
                                                 INITIAL CASE MANAGEMENT**
9    MEDTRONIC INC.,                             **CONFERENCE ON REASSIGNMENT**

10             Defendant.
                                            /

11

12   (Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing
     on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of
13   Service)

14         YOU ARE NOTIFIED THAT the Court has scheduled an Initial Case Management

15   Conference for **January 24, 2008 at 11:00 a.m.**, before the Honorable William Alsup.  Please

16   report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue,

17   San Francisco, CA  94102.  Not less than seven days prior, counsel shall submit a joint case

18   management conference statement not to exceed ten pages.  All other deadlines in the initial case

19   management scheduling order filed on October 19, 2007 remain in effect.

20         Parties requesting a continuance shall submit a stipulation and proposed order.  If the

21   parties are unable to reach a stipulation, the requesting party shall submit an ex parte application

22   with a proposed order.

23   Dated: November 28, 2007                    FOR THE COURT,

24                                               Richard W. Wieking, Clerk

25                                               By:_____
                                                    Dawn K. Toland
26                                                  Courtroom Deputy to the
                                                    Honorable William Alsup

27

28