Sonja S. Weissman (SBN 154320)
Dana A. Blanton (SBN 232373)
REED SMITH LLP
1999 Harrison St., Suite 2400
Oakland, CA 94612
Telephone:   510.763.2000
Facsimile:    510.273.8832
Email: sweissman@reedsmith.com;
dblanton@reedsmith.com

Michael K. Brown (SBN 104252)
Ginger Heyman Pigott (SBN 162908)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
Telephone:   213.457.8000
Facsimile:    213.457.8080
Email: mkbrown@reedsmith.com;
gheyman@reedsmith.com

Attorneys for Defendant
Medtronic, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENEANE BAQUE, et al.,<br><br>        Plaintiffs,<br><br>vs.<br><br>MEDTRONIC, INC.,<br><br>        Defendants. | No.: 07-5352 (EDL)<br><br>**STIPULATION TO EXTEND TIME TO FILE A RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT** |

1   Pursuant to Civil Local Rule 6-1, the parties through their respective counsel hereby stipulate
2   that Defendant Medtronic, Inc. shall have an additional ten (10) days to file a responsive pleading to
3   Plaintiffs' Complaint. By this stipulation, Defendant's response, previously due on December 3,
4   2007, will now be filed and served no later than December 13, 2007. There have been no prior
5   extensions.

7   DATED: November 28, 2007                    REED SMITH LLP

9                                               By _____
10                                              Dana A. Blanton
                                                Attorneys for Defendant
11                                              Medtronic., Inc.

13  DATED: November 27, 2007                    EDGAR LAW FIRM

15                                              By _____
16                                              Donald S. Edgar
                                                Attorneys for Plaintiffs

                                                DOCSOAK-9891883.1

No. 07-5352 (EDL)                    – 2 –
STIPULATION TO EXTEND TIME TO FILE A RESPONSIVE PLEADING