Sonja S. Weissman (SBN 154320)
Dana A. Blanton (SBN 232373)
REED SMITH LLP
1999 Harrison St., Suite 2400
Oakland, CA 94612
Telephone:   510.763.2000
Facsimile:   510.273.8832
Email: sweissman@reedsmith.com;
dblanton@reedsmith.com

Michael K. Brown (SBN 104252)
Ginger Heyman Pigott (SBN 162908)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
Telephone:   213.457.8000
Facsimile:   213.457.8080
Email: mkbrown@reedsmith.com;
gheyman@reedsmith.com

Attorneys for Defendant
Medtronic, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENEANE BAQUE, *et al.*,<br><br>                    Plaintiffs,<br><br>vs.<br><br>MEDTRONIC, INC.,<br><br>                    Defendants. | No.: 3:07-cv-5352-WHL<br><br>**DECLARATION OF DANA A. BLANTON IN SUPPORT OF DEFENDANT'S MOTION TO STAY PROCEEDINGS PENDING DECISION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION ON PENDING MOTIONS FOR TRANSFER**<br><br>Hearing Date:    January 10, 2008<br>Time:                   8:00 a.m.<br>Courtroom:        Courtroom 9, 19th Fl.<br>Compl. Filed:    October 19, 2007<br>Trial Date:         None Set<br><br>Honorable William H. Alsup |

I, Dana A. Blanton, declare:

1.    I am an attorney duly admitted to practice law in the State of California and an attorney at Reed Smith LLP, counsel in this action for defendant Medtronic, Inc. ("Medtronic"). I have personal knowledge of the facts set forth in this declaration and for those matters for which I do not have personal knowledge, I am informed and believe they are true.

2.    Over a dozen actions alleging claims related to Sprint Fidelis leads, including several putative class actions, have now been filed in other District Courts around the country, including the District of New Jersey, the District of Puerto Rico, the District of Minnesota, the Western District of Missouri, the District of Kansas, the Northern District of Iowa, the Eastern and Western Districts of Louisiana, District of North Dakota, Southern District of West Virginia, and the Southern District of Florida.

3.    Plaintiffs in three of the federal actions involving Sprint Fidelis leads have filed three separate motions with the Judicial Panel on Multidistrict Litigation seeking transfer and coordination or consolidation under 28 U.S.C. § 1407. A fourth plaintiff and Medtronic have each filed responses agreeing that transfer and coordination or consolidation is appropriate for this litigation. A fifth plaintiff has joined in one of the initial motions for transfer. Medtronic believes that the either the District of Minnesota or the Western District of Missouri are appropriate transferee courts for an MDL.

4.    Attached hereto as Exhibit "A" is a true and correct copy of the Motion of Plaintiffs Frederick Santitoro and Richard Kinney For Transfer and Consolidation of Related Actions Pursuant to 28 U.S.C. § 1407, filed on October 17, 2007.

5.    Attached hereto as Exhibit "B" is a true and correct copy of the Motion To Transfer And Consolidate Pursuant to 28 U.S.C. § 1407, filed by Plaintiff David Wood on October 17,

- 1 -

DECLARATION OF DANA A. BLANTON IN SUPPORT OF DEFENDANT MEDTRONIC, INC.'S
MOTION TO STAY PROCEEDINGS

2007, in which plaintiffs argue that the District of Puerto Rico should be selected as the transferee court.

6. Attached hereto as Exhibit "C" is a true and correct copy of the Response of Plaintiff Rodney C. Kesti to Motions by Plaintiffs Santitoro, Kinney and Wood to Transfer and Coordinate Actions in the Above Litigation, filed on or about November 5, 2007, in which plaintiff argues for transfer to the District of Minnesota.

7. Attached hereto as Exhibit "D" is a true and correct copy of Plaintiffs' Motion For Transfer of Actions to the Southern District of Florida for Coordinated Proceedings Pursuant to 28 U.S.C. § 1407, filed by plaintiffs Linda White and Doug Venning, filed on or about November 16, 2007.

8. Attached hereto as Exhibit "E" is a true and correct copy of the Memorandum of Law in Support of Motion of Plaintiff John North for Joinder in the Motion of Frederick Santitoro and Richard Kinney for Transfer and consolidation of Related Actions Pursuant to 28 U.S.C. § 1407, filed on or about November 27, 2007.

9. Attached hereto as exhibit "F" is a true and correct copy of the order staying proceedings pending the JPML's ruling on transfer and coordination or consolidation in *Luisi v. Medtronic, Inc., et al.*, Case No. 07-4250 (RHK) (D. Minn. Nov. 5, 2007).

10. Attached hereto as Exhibit "G" is a true and correct copy of the order staying proceedings pending the JPML's decision on transfer and consolidation or coordination in *White v. Medtronic, Inc., et al.*, Case No. 07-4412 (RHK) (D. Minn. Nov. 7, 2007).

DECLARATION OF DANA A. BLANTON IN SUPPORT OF DEFENDANT MEDTRONIC, INC.'S MOTION TO STAY PROCEEDINGS

11.   Attached hereto as Exhibit "H" is a true and correct copy of the order staying proceedings pending the JPML's decision on transfer and consolidation or coordination in *Noonan v. Medtronic, Inc., et al.*, Case No. 07-4528 (D. Minn. Nov. 14, 2007).

12.   Attached hereto as Exhibit "I" is a true and correct copy of the order staying proceedings pending the JPML's decision on transfer and consolidation or coordination in *Barrick v. Medtronic Worldwide Headquarters, et al.*, Case No. 3:07-4393 (MLC) (Dist. NJ Nov. 19, 2007).

13.   Attached hereto as Exhibit "J" is a true and correct copy of the order staying proceedings pending the JPML's decision on transfer and consolidation or coordination in *Alexander v. Medtronic, Inc.,* Case No. 07-4519 (DWF) (D. Minn. Nov. 27, 2007).

14.   Attached hereto as Exhibit "K" is a true and correct copy of the docket reflecting the "text only" order staying proceedings pending the JPML's decision on transfer and consolidation or coordination in *Brown v. Medtronic, Inc., et al.*, Case No. 07-2542 (CM), Docket No. 7 (D. Kan. Nov. 29, 2007).

15.   Attached hereto as Exhibit "L" is a true and correct copy of the order staying proceedings pending the JPML's decision on transfer and consolidation or coordination in *McNabb v. Medtronic USA, Inc.,* Case No. 07-0494 (DW) (W.D. Mo. Nov. 29, 2007).

16.   Attached hereto as Exhibit "M" is a true and correct copy of the docket in *Russell-Nelson, et al. v. Medtronic, Inc., et al.*, Case No. 07-1969 (GAG), Docket No. 24 (D.P.R. Nov. 13, 2007), containing the "text only" order denying Medtronic's motion for a stay without prejudice to Medtronic's ability to renew its request on December 15, 2007 if the Panel by that date had not yet disposed of the MDL Motions.

DECLARATION OF DANA A. BLANTON IN SUPPORT OF DEFENDANT MEDTRONIC, INC.'S MOTION TO STAY PROCEEDINGS

17. During the week of November 12, 2007, Michael K. Brown, counsel for Medtronic based in Reed Smith's Los Angeles office, contacted Don Edgar, counsel for plaintiff, asking whether he was amenable to a stay proceedings in light of the motions pending before the JPML. Mr. Edgar indicated he was not inclined to agree to a stay of proceedings. Mr. Edgar did not respond to Mr. Brown's November 20, 2007 follow up e-mail regarding the issue of a stay.

18. On November 27, 2007, I contacted Mr. Edgar, inquiring as to whether he would agree to a stay of proceedings pending a decision on the unopposed motions pending before the JPML. Mr. Edgar did not agree to a stay.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

December 3, 2007

By   /s/ Dana A. Blanton
     Dana A. Blanton

DOCSOAK-9891456.5

- 4 -
DECLARATION OF DANA A. BLANTON IN SUPPORT OF DEFENDANT MEDTRONIC, INC.'S MOTION TO STAY PROCEEDINGS