IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| RUBY MCNABB, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  No. 07-0494-CV-W-DW |
| MEDTRONIC USA, INC., | ) ) ) |
| Defendant. | ) |

**ORDER**

Before the Court is the parties' Joint Motion for Stay of Proceedings (Doc. 7). The Court hereby GRANTS the motion and stays all scheduled hearings and deadlines in this case until resolution of pending transfer motions before the Joint Panel on Multidistrict Litigation ("JPML"). The parties shall keep the Court apprised of the status of proceedings before the JPML.

Date:   November 29, 2007                    /s/ Dean Whipple
                                          Dean Whipple
                                     United States District Judge