LEADCASE

# United States District Court
## District of Puerto Rico (San Juan)
## CIVIL DOCKET FOR CASE #: 3:07-cv-01969-GAG

Russell-Nelson et al v. Medtronic, Inc. et al
Assigned to: Judge Gustavo A. Gelpi
Demand: $150,000
Member case: (View Member Case)
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 10/15/2007
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**George Russell-Nelson**                    represented by   **Hunter J. Shkolnik**
Rheingold, Valet, Rheingold, Shkolnik & McCartney, LLP
113 Easaat 37th St.
New York, NY 10016
212-684-1880
Fax: 212-689-8156
Email: hshkolnik@rheingoldlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John F. Nevares**
John F. Nevares & Assoc. PSC
P.O. Box 13667
San Juan, PR 00908-3667
787-722-9333
Fax: 787-721-8820
Email: jfnevares-law@microjuris.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jose F. Quetglas**
Quetglas Law Office
PO Box 16606
San Juan, PR 00908-6606
787-722-7745
Fax: 787-725-3970
Email: quetglaslaw@hotmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**PHV Daniel E. Gustafson**
Gustafson Gluek PLLC
650 Northstar East
608 Second Ave. South
Minneapolis, MN 55402

612-333-8844
Email:
dgustafson@gustafsongluek.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**PHV Elizabeth J. Cabraser**
Lief, Cabraser, Heimann & Bernstein,
LLP
275 Battery Street 30th Floor
San Francisco, CA 94111-3339
415-956-1000
Email: ecabraser@lchb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**PHV Nicholas J. Drakulich**
The Drakulich Firm
2727 Camino Del Rio South
Suite 322
San Diego, CA 92108
858-755-5887
Email: Jenndrak@sbcglobal.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**PHV Rebecca Bedwell-Coll**
Lieff, Cabraser, Heimann & Bernstein,
LLP
780 Third Ave. 48th Floor
New York, NY 10017
212-355-9500
Fax: 212-355-9592
Email: rbcoll@lchb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**PHV Richard J. Arsenault**
Neblett, Beard & Arsenault
2220 Bonaventure Court
PO Box 1190
Alexandria, LA 71309-1190
800-256-1050
Email: rarsenault@nbalawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**PHV Wendy Fleishman**
Lief, Cabraser, Heimann & Bernstein,
LLP

780 Third Ave. 48th Floor
New York, NY 10017
212-355-9500
Email: wfleishman@lchb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Annabelle Anasta**                represented by    **Hunter J. Shkolnik**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John F. Nevares**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jose F. Quetglas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**PHV Daniel E. Gustafson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**PHV Elizabeth J. Cabraser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**PHV Nicholas J. Drakulich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**PHV Rebecca Bedwell-Coll**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**PHV Richard J. Arsenault**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**PHV Wendy Fleishman**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donald Tucker**    represented by    **Hunter J. Shkolnik**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John F. Nevares**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jose F. Quetglas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**PHV Daniel E. Gustafson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**PHV Elizabeth J. Cabraser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**PHV Nicholas J. Drakulich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**PHV Rebecca Bedwell-Coll**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**PHV Richard J. Arsenault**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**PHV Wendy Fleishman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Misty Tucker**        represented by    **Hunter J. Shkolnik**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John F. Nevares**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jose F. Quetglas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**PHV Daniel E. Gustafson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**PHV Elizabeth J. Cabraser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**PHV Nicholas J. Drakulich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**PHV Rebecca Bedwell-Coll**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**PHV Richard J. Arsenault**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**PHV Wendy Fleishman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**David Wood**        represented by    **John F. Nevares**
*Civ. 07-1971*                            (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**PHV Charles S. Zimmerman**
651 Nicollet Mall
Suite 501
Minneapolis, MN 55402
612-341-0400
Fax: 612-341-0844
Email: csz@zimmreed.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**PHV Daniel Becnel, Jr.**
Becnel Law Firm, LLC
P.O. Drawer H
Reserve, LA 70084
985-536-1186
Fax: 985-536-6445
Email: dbecnel@becnellaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**PHV Jerrold S. Parker**
Parker Waichman Alonso LLP
111 Great Neck Road
Great Neck, NY 11021
516-466-6500
Fax: 516-466-6665
Email: jerry@yourlawyer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**PHV Matthew B. Moreland**
P.O. Drawer H
Reserve, LA 70084
(985) 536-1186
Fax: (985) 536-6445
Email: mmoreland@becnellaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Frederick Santitoro**
*Civ. 07-1972*

represented by **John F. Nevares**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Richard Kinney**
*Civ. 07-1972*

represented by **John F. Nevares**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Norman Black**             represented by  **John F. Nevares**
*Civ. 07-2014*                         (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Gilberto Colon-Perez**      represented by  **Eric M. Quetglas-Jordan**
*Civ. 07-2021*                         Quetglas Law Office
PO Box 16606
San Juan, PR 00908-6606
787-722-7745
Fax: 787-725-3970
Email: quetglaslaw@hotmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jose F. Quetglas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Maria E. Mojica-Mojica**    represented by  **Eric M. Quetglas-Jordan**
*Civ. 07-2021*                         (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jose F. Quetglas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Heriberto Esqueldo**       represented by  **Eric M. Quetglas-Jordan**
*Civ. 07-2021*                         (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jose F. Quetglas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Wilfredo Martinez**        represented by  **Eric M. Quetglas-Jordan**
*Civ.07-2021*                          (See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Jose F. Quetglas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Humberto Hugobono**                    represented by    **Eric M. Quetglas-Jordan**
*Civl 07-2021*                                             (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Jose F. Quetglas**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Wilfredo Izquierdo-Rodriguez**         represented by    **Eric M. Quetglas-Jordan**
*Civ. 07-2021*                                            (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Jose F. Quetglas**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Rosa Otero-Rivera**                    represented by    **Eric M. Quetglas-Jordan**
*Civ. 07-2021*                                            (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Jose F. Quetglas**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Luis E. Alfonso-Diaz**                 represented by    **Eric M. Quetglas-Jordan**
*Civ. 07-2021*                                            (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Jose F. Quetglas**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Pedro S. Cintron**
*Civ. 07-2021*

represented by **Eric M. Quetglas-Jordan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jose F. Quetglas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Ruiz Dael Gonzalez-Sierra**
*Civ. 07-2021*

represented by **Eric M. Quetglas-Jordan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jose F. Quetglas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Santiago Ortiz-Castro**
*Civ. 07-2021*

represented by **Eric M. Quetglas-Jordan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jose F. Quetglas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Ramon Viera**
*Civ. 07-2021*

represented by **Eric M. Quetglas-Jordan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jose F. Quetglas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Gloria Pacheco**
*Civ. 07-2021*

represented by **Eric M. Quetglas-Jordan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jose F. Quetglas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Carolee Serrano-Rosario**
*Civ. 07-2021*

represented by **Eric M. Quetglas-Jordan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Jose Luis Rivera-Fernandez**
*Civ. 07-2021*

represented by **Eric M. Quetglas-Jordan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Marigloria Campo**
*Civ. 07-2021*

represented by **Eric M. Quetglas-Jordan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Juan Torres-Quinones**
*Civ. 07-2021*

represented by **Eric M. Quetglas-Jordan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Pedro Rodriguez**
*Civ. 07-2021*

represented by **Eric M. Quetglas-Jordan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**David Ramos**
*Civ. 07-2021*

represented by **Eric M. Quetglas-Jordan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Manuel Soto-Rodriguez**
*Civ. 07-2021*

represented by **Eric M. Quetglas-Jordan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Lorenzo Aponte-Matos**                    represented by  **Eric M. Quetglas-Jordan**
*Civ. 07-2021*                                             (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Jose B. Patovani-Flores**                 represented by  **Eric M. Quetglas-Jordan**
*Civ. 07-2021*                                             (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Richard F. Lee**                          represented by  **Eric M. Quetglas-Jordan**
*Civ. 07-2021*                                             (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Pedro J Campo-Collazo**                   represented by  **Eric M. Quetglas-Jordan**
*Civ. 07-2021*                                             (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Aurea Rivera-Bermudez**                   represented by  **Eric M. Quetglas-Jordan**
*Civ. 07-2021*                                             (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Primitivo Velez-Santana**                 represented by  **Eric M. Quetglas-Jordan**
*Civ. 07-2021*                                             (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Luciano Morales-Rodriguez**               represented by  **Eric M. Quetglas-Jordan**
*Civ. 07-2021*                                             (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Vito Verzura**                            represented by  **Eric M. Quetglas-Jordan**
*Civ. 07-2021*                                             (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Antonio Rivera**                          represented by  **Eric M. Quetglas-Jordan**

*Civ. 07-2021*                                          (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Ruth Suarez**                        represented by   **Eric M. Quetglas-Jordan**
*Civ. 07-2021*                                          (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Charles Martinez-Suarez**            represented by   **Eric M. Quetglas-Jordan**
*Civ. 07-2021*                                          (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Suzanne Martinez-Suarez**            represented by   **Eric M. Quetglas-Jordan**
*Civ. 07-2021*                                          (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Wilfredo Martinez-Suarez**           represented by   **Eric M. Quetglas-Jordan**
*Civ. 07-2021*                                          (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Nereida Garcia-Martinez**            represented by   **Eric M. Quetglas-Jordan**
*Civ. 07-2021*                                          (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Luis H. Martinez-Rivera**            represented by   **Eric M. Quetglas-Jordan**
*Civ. 07-2021*                                          (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Conjugal Partnership Velez-Lugo**    represented by   **Eric M. Quetglas-Jordan**
*Civ. 07-2021*                                          (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Conjugal Partnership Campo-Garcia**  represented by   **Eric M. Quetglas-Jordan**
                                                        (See above for address)

Civ. 07-2021                                                    *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Maria Lugo-Hernandez**              represented by   **Eric M. Quetglas-Jordan**
*Civ. 07-2021*                                         (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Luz Nereida Ortiz**                 represented by   **Eric M. Quetglas-Jordan**
*Civ. 07-2021*                                         (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Conjugal partnership Morales-Ortiz**   represented by   **Eric M. Quetglas-Jordan**
*Civ. 07-2021*                                         (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Rita Verzura**                      represented by   **Eric M. Quetglas-Jordan**
*Civ. 07-2021*                                         (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Conjugal Partnership Verzura-**     represented by   **Eric M. Quetglas-Jordan**
**Verzura**                                            (See above for address)
*Civ. 07-2021*                                         *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Francisca Felix**                   represented by   **Eric M. Quetglas-Jordan**
*Civ. 07-2021*                                         (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Conjugal Partnership Viera-Felix**  represented by   **Eric M. Quetglas-Jordan**
*Civ. 07-2021*                                         (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Luis Martinez**                     represented by   **Eric M. Quetglas-Jordan**
*Civ. 07-2021*                                         (See above for address)
                                                       *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Conjugal Partnership Martinez-Rivera**
*Civ. 07-2021*

represented by **Eric M. Quetglas-Jordan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Aurea Rivera**
*Civ. 07-2021*

represented by **Eric M. Quetglas-Jordan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Carlos Milan**
*Civ. 07-2064*

represented by **John F. Nevares**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Sharyn Hiergesell**
*Civ. 07-2064*

represented by **John F. Nevares**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**William Weninger**
*Civ. 07-2064*

represented by **John F. Nevares**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**John Ferrill**
*Civ. 07-2064*

represented by **John F. Nevares**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Ralph Judson**
*Civ. 07-2064*

represented by **John F. Nevares**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Diane Charette**
*Civ. 07-2064*

represented by **John F. Nevares**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Margaret W. Wagner**          represented by    **John F. Nevares**
*Civ. 07-2064*                                    (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*


**Consol Plaintiff**

**Alvin Lawson**               represented by    **John F. Nevares**
*Civ. 07-2064*                                    (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*


**Consol Plaintiff**

**Betty Wingo**                represented by    **John F. Nevares**
*Civ. 07-2064*                                    (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*


**Consol Plaintiff**

**Edward Marks**               represented by    **John F. Nevares**
*Civ. 07-2064*                                    (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*


**Consol Plaintiff**

**Stephen Andrews**            represented by    **John F. Nevares**
*Civ. 07-2064*                                    (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*


**Consol Plaintiff**

**Kimberly Ward**              represented by    **John F. Nevares**
*Civ. 07-2064*                                    (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*


**Consol Plaintiff**

**Dennis Lewis**               represented by    **John F. Nevares**
*Civ. 07-2064*                                    (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*


**Consol Plaintiff**

**Nancy Summers**              represented by    **John F. Nevares**
*Civ. 07-2064*                                    (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*


**Consol Plaintiff**

**Therman Barclay**
*Civ. 07-2064*

represented by **John F. Nevares**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Patricia Bradley**
*Civ. 07-2064*

represented by **John F. Nevares**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Medtronic, Inc.**

represented by **Raul M. Arias-Marxuach**
McConnell Valdes
P.O. Box 364225
San Juan, PR 00936-4225
787-250-2604
Fax: 787-250-5185
Email: rma@mcvpr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Medtronic Puerto Rico, Inc.**

represented by **Nestor Duran-Gonzalez**
McConnell Valdes
P.O. Box 364225
San Juan, PR 00936-4225
787-250-5624
Fax: 787-250-5185
Email: nd@mcvpr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Raul M. Arias-Marxuach**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Medtronic Puerto Rico Operations Co.**

represented by **Nestor Duran-Gonzalez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Raul M. Arias-Marxuach**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/15/2007 | 1 | COMPLAINT *and Jury Demand* against all defendants (Filing fee $ 350.), filed by all plaintiffs. (Attachments: # 1)(Nevares, John) (Entered: 10/17/2007) |
| 10/15/2007 | 2 | Summons Issued as to Medtronic Puerto Rico, Inc., Medtronic Puerto Rico Operations Co., Medtronic, Inc.Service due by 2/15/2008. (al) (Entered: 10/19/2007) |
| 10/24/2007 | 3 | MOTION to Consolidate Cases *MOTION TO TRANSFER AND CONSOLIDATE* filed byJohn F. Nevares on behalf of all plaintiffs (Nevares, John) (Entered: 10/24/2007) |
| 10/25/2007 | 4 | ORDER granting 3 Motion to Consolidate Cases, subject to Judge Garcia Gregory's approval . Signed by Judge Gustavo A. Gelpi on 10/25/07. (sm) (Entered: 10/25/2007) |
| 10/26/2007 | 5 | MOTION to Amend/Correct *Motion for Appointment of Liaison Counsel and Plaintiffs' Committee (Dkt. 5 on Case 07-1971)* filed byJohn F. Nevares on behalf of all plaintiffsSuggestions in opposition/response due by 11/13/2007 (Nevares, John) (Entered: 10/26/2007) |
| 10/26/2007 | 6 | ORDER noted 5 Motion to Amend/Correct . This motion shall be refiled once all other cases are formally consolidated. Signed by Judge Gustavo A. Gelpi on 10/26/07. (Gelpi, Gustavo) (Entered: 10/26/2007) |
| 10/30/2007 | 7 | MEMORANDUM OF THE CLERK: Pursuant to the ORDER entered by Judge Francisco A. Besosa on October 26, 2007, in CV 07-2014, said case is hereby consolidated with CV 07-1969 (GAG). All future pleadings shall bear the captions of both cases and the initials of Judge Gustavo A. Gelpi next to the case numbers. Signed by Clerk on 10/30/07. (li,) (Entered: 10/30/2007) |
| 10/30/2007 | 8 | MEMORANDUM OF THE CLERK: Pursuant to the ORDER entered by Judge Francisco A. Besosa on October 29, 2007, in CV 07-2021, said case is hereby consolidated with CV 07-1969 (GAG). All future pleadings shall bear the captions of all consolidated cases and the initials of Judge Gustavo A. Gelpi next to the case numbers. Signed by Clerk on 10/30/07. (li,) (Entered: 10/30/2007) (Entered: 10/30/2007) |
| 10/30/2007 | 9 | Letter from U.S. Judicial Panel on Multidistrict Litigation. (cm) (Entered: 10/30/2007) |
| 10/30/2007 | 10 | ORDER This letter shall be made part of the record civil 07-1969 (GAG) re 9 Letter from U.S. Judicial Panel on Multidistrict Litigation. Signed by Judge Gustavo A. Gelpi on 10/25/2007. (cm) (Entered: 10/30/2007) |
| 10/30/2007 | 11 | MOTION to Appoint Counsel *Motion for Appointment of Liaison Counsel* filed byJohn F. Nevares on behalf of all plaintiffsSuggestions in opposition/response due by 11/16/2007 (Nevares, John) (Entered: |

|  |  | 10/30/2007) |
|---|---|---|
| 10/30/2007 | 12 | ORDER granting 11 Motion to Appoint Counsel . Attorney John F. Nevares is hereby appointed liason counsel for all the consolidated cases before the undersigned. Signed by Judge Gustavo A. Gelpi on 10/30/07. (Gelpi, Gustavo) (Entered: 10/30/2007) |
| 10/31/2007 | 13 | INFORMATIVE Motion regarding Attorneys not included in Motions filed byJohn F. Nevares on behalf of all plaintiffs (Nevares, John) (Entered: 10/31/2007) |
| 11/01/2007 | 14 | ORDER noted 13 INFORMATIVE motion . Signed by Judge Gustavo A. Gelpi on 11/1/07. (sm) (Entered: 11/01/2007) |
| 11/02/2007 | 15 | SUMMONS Returned Executed by George Russell-Nelson upon Medtronic Puerto Rico, Inc. served on 10/29/2007, answer due 11/20/2007. (Nevares, John) (Entered: 11/02/2007) |
| 11/02/2007 | 16 | SUMMONS Returned Executed by George Russell-Nelson upon Medtronic Puerto Rico Operations Co. served on 10/29/2007, answer due 11/20/2007. (Nevares, John) (Entered: 11/02/2007) |
| 11/05/2007 | 17 | ORDER These cases have been consolidated, being the lead case 07-1969. All further pleadings shall be filed in lead case . Signed by Judge Gustavo A. Gelpi on 11/5/07. (sm) (Entered: 11/05/2007) |
| 11/06/2007 | 18 | ORDER RE: PLAINTIFFS' COMPILATION OF RULE 26(a) DISCOVERY, Set Deadlines **Local Plaintiffs' Counsel for all cases shall meet IN PERSON on or before 12/5/2007; Plaintiffs' lead counsel shall file an informative motion by 12/15/2007**. Signed by Judge Gustavo A. Gelpi on 11/6/07. (sm) (Entered: 11/06/2007) |
| 11/07/2007 | 19 | MOTION to Stay *Proceedings Pending Determination by the Joint Panel on Multidistrict Litigation* filed byRaul M. Arias-Marxuach on behalf of Medtronic Puerto Rico, Inc., Medtronic Puerto Rico Operations Co.Suggestions in opposition/response due by 11/26/2007 (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E) (Arias-Marxuach, Raul) (Entered: 11/07/2007) |
| 11/08/2007 | 20 | Corporate Disclosure Statement byMedtronic Puerto Rico, Inc., Medtronic Puerto Rico Operations Co.. (Arias-Marxuach, Raul) (Entered: 11/08/2007) |
| 11/08/2007 | 21 | COPY OF ORDER entered on consolidated case 07-2064 (GAG), Dkt. 2: This case is hereby consolidated with 07-1969 (GAG) and other cases previously consolidated therewith. . Signed by Judge Gustavo A. Gelpi on 11/8/07. (sm) (Entered: 11/08/2007) |
| 11/08/2007 | 22 | ORDER noted 20 Corporate Disclosure Statement filed by Medtronic Puerto Rico, Inc., Medtronic Puerto Rico Operations Co. . Signed by Judge Gustavo A. Gelpi on 11/8/07. (sm) (Entered: 11/08/2007) |

| | | |
|---|---|---|
| 11/12/2007 | 23 | RESPONSE in Opposition to Motion filed by all plaintiffs Re: 19 MOTION to Stay *Proceedings Pending Determination by the Joint Panel on Multidistrict Litigation* filed by Medtronic Puerto Rico, Inc., Medtronic Puerto Rico Operations Co. filed by all plaintiffs. (Quetglas, Jose) (Entered: 11/12/2007) |
| 11/13/2007 | 24 | ORDER denying without prejudice 19 Motion to Stay . At this time, the court expects plaintiffs to comply with the court's order (Docket No. 18). Defendants need not do anything until the date specified therein. Once the court receives plaintiff's informative motion due on 12/15/07 it will entertain any renewed requests for a stay, if by then the MDL panel has not yet made a decision. Signed by Judge Gustavo A. Gelpi on 11/13/07. (Gelpi, Gustavo) (Entered: 11/13/2007) |
| 11/13/2007 | 25 | NOTICE of Appearance by Nestor Duran-Gonzalez on behalf of Medtronic Puerto Rico, Inc., Medtronic Puerto Rico Operations Co. (Duran-Gonzalez, Nestor) (Entered: 11/13/2007) |
| 11/15/2007 | | Filing Fee Received $ 150.00, receipt number 173279 Re:PHV Rebecca Bedwell-Coll; receipt number 173280 $150.00 Re:PHV Wendy R. Fleishman; receipt number 173281 $150.00 Re:PHV Elizabeth J. Cabraser. (ne) (Entered: 11/15/2007) |
| 11/15/2007 | 26 | WAIVER OF SERVICE Returned Executed by George Russell-Nelson, Annabelle Anasta, Donald Tucker, Misty Tucker. Medtronic, Inc. waiver sent on 11/8/2007, answer due 1/8/2008. (Nevares, John) (Entered: 11/15/2007) |
| 11/15/2007 | 27 | MEMORANDUM in Opposition *19 Defendant Medtronic's Motion to Stay all Proceedings* filed by all plaintiffs Re: 23 Response in Opposition to Motion, filed by George Russell-Nelson, Annabelle Anasta, Misty Tucker, Donald Tucker, [24] Order on Motion to Stay,, filed by all plaintiffs. (Nevares, John) Modified on 11/20/2007 creating link and lack of certificate of service (np). (Entered: 11/15/2007) |
| 11/15/2007 | 28 | Motion to allow Charles S. Zimmerman to appear pro hac vice (Pro Hac fee $150 receipt number 173278) filed byPHV Charles S. Zimmerman on behalf of David Wood (np) (Entered: 11/16/2007) |
| 11/15/2007 | 29 | Motion to allow Wendy R. Fleishman to appear pro hac vice (Pro Hac fee $150 receipt number 173280) filed byPHV Wendy Fleishman on behalf of George Russell-Nelson, Annabelle Anasta, Donald Tucker, Misty Tucker (np) (Entered: 11/16/2007) |
| 11/15/2007 | 30 | Motion to allow Elizabeth J. Cabraser to appear pro hac vice (Pro Hac fee $150 receipt number 173281) filed byPHV Elizabeth J. Cabraser on behalf of George Russell-Nelson, Annabelle Anasta, Donald Tucker, Misty Tucker (np) (Entered: 11/16/2007) |
| 11/15/2007 | 31 | Motion to allow Rebecca Bedwell-Coll to appear pro hac vice (Pro Hac fee $150 receipt number 173279) filed byPHV Rebecca Bedwell-Coll on behalf of George Russell-Nelson, Annabelle Anasta, Donald Tucker, Misty Tucker (np) (Entered: 11/16/2007) |

| 11/16/2007 | 32 | WAIVER OF SERVICE Returned Executed by George Russell-Nelson, Frederick Santitoro, Annabelle Anasta, Donald Tucker, Misty Tucker. Medtronic, Inc. waiver sent on 11/8/2007, answer due 1/8/2008. (Nevares, John) Modified on 11/20/2007 adding data (np). (Entered: 11/16/2007) |
| --- | --- | --- |
| 11/16/2007 | 33 | ORDER granting 28 Motion to allow Charles S. Zimmerman to appear pro hac vice approved by Clerk of Court. Signed by Judge Gustavo A. Gelpi on 11/16/2007. (MH) (Entered: 11/16/2007) |
| 11/16/2007 | 34 | ORDER granting 29 Motion to allow Wendy R. Fleishman to appear pro hac vice approved by Clerk of Court. Signed by Judge Gustavo A. Gelpi on 11/16/2007. (MH) (Entered: 11/16/2007) |
| 11/16/2007 | 35 | ORDER granting 30 Motion to allow Elizabeth J. Cabraser to appear pro hac vice approved by Clerk of Court. Signed by Judge Gustavo A. Gelpi on 11/16/2007. (MH) (Entered: 11/16/2007) |
| 11/16/2007 | 36 | ORDER granting 31 Motion to allow Rebecca Bewell-Coll to appear pro hac vice approved by Clerk of Court. Signed by Judge Gustavo A. Gelpi on 11/16/2007. (MH) (Entered: 11/16/2007) |
| 11/21/2007 | 37 | MOTION *to* Vacate Order for the Preservation of Evidence Issued in Member Case No. 07-1971(GAG) and for Entry of Substitute Order filed byRaul M. Arias-Marxuach on behalf of Medtronic Puerto Rico, Inc., Medtronic Puerto Rico Operations Co., Medtronic, Inc. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Text of Proposed Order)(Arias-Marxuach, Raul) (Entered: 11/21/2007) |
| 11/26/2007 | 38 | ORDER noted37 Motion for Miscellaneous Relief Joint Notice of Compliance Deadline due by 11/29/2007; simultaneous memoranda filing deadline 12/4/07 at 5:00 p.m. est. . The Court, having reviewed Medtronic Inc.'s Motion regarding the preservation of evidence(Docket No. 37), hereby ORDERS the parties to meet via teleconference on or before Thursday, November 29, 2007 at noon e.s.t.. The order issued in 07-1971(GAG)(Docket No. 14) was an ex-parte TRO-type order intended to be in effect until Medtronic Inc. appeared in this action. A new preservation order must issue, allowing all parties to present their respective position in a meaningful manner. The parties at the teleconference shall in good faith endeavor to agree to a mutually acceptable preservation of evidence order. It is in the best interest of all parties to the consolidated Puerto Rico cases to agree to such an order, or to as many parts of such an order. If the parties remain at an impasse as to any issue, following their meeting, they shall on or before Tuesday, December 4, 2007 at 5:00 p.m. file simultaneous memoranda on these unresolved issues. The Court will promptly act on the matter. Upon reaching any agreement(s) the parties shall file a proposed order(s). The court's existing order for preservation of evidence (Docket No. 14 in Civil 07-1971) shall remain in effect until a new one is issued. Any request for extension of the above deadlines will only be granted if it is a joint one. Signed by Judge Gustavo A. Gelpi on 11/26/07. (Gelpi, Gustavo) (Entered: 11/26/2007) |

| | | |
|---|---|---|
| 11/27/2007 | 39 | MOTION to Consolidate Cases *Motion to Consolidate Case Nos. 07-2049 and 07-2050 into 07-1969* filed byJohn F. Nevares on behalf of all plaintiffs (Nevares, John) (Entered: 11/27/2007) |
| 11/27/2007 | 40 | ORDER granting, subject to the approval of Judges Cerezo and Garcia-Gregory, 39 Motion to Consolidate Cases . Signed by Judge Gustavo A. Gelpi on 11/27/07. (sm) (Entered: 11/27/2007) |
| 11/30/2007 | | Filing Fee Received $ 150.00, receipt number 173448 Re:PHV Hunter J. Shkolnik. (ne) (Entered: 11/30/2007) |
| 11/30/2007 | 41 | NOTICE *of Fling Amended Complaint as of Course* by Pedro J Campo-Collazo, Aurea Rivera-Bermudez, Primitivo Velez-Santana, Luciano Morales-Rodriguez, Vito Verzura, Antonio Rivera, Ruth Suarez, Charles Martinez-Suarez, Suzanne Martinez-Suarez, Wilfredo Martinez-Suarez, Nereida Garcia-Martinez, Luis H. Martinez-Rivera, Maria Lugo-Hernandez, Luz Nereida Ortiz, Rita Verzura, Francisca Felix, Luis Martinez, Aurea Rivera, Gilberto Colon-Perez, Maria E. Mojica-Mojica, Heriberto Esqueldo, Wilfredo Martinez, Humberto Hugobono, Wilfredo Izquierdo-Rodriguez, Rosa Otero-Rivera, Luis E. Alfonso-Diaz, Pedro S. Cintron, Ruiz Dael Gonzalez-Sierra, Santiago Ortiz-Castro, Ramon Viera, Gloria Pacheco, Carolee Serrano-Rosario, Jose Luis Rivera-Fernandez, Marigloria Campo, Juan Torres-Quinones, Pedro Rodriguez, David Ramos, Manuel Soto-Rodriguez, Lorenzo Aponte-Matos, Jose B. Patovani-Flores, Richard F. Lee (Quetglas-Jordan, Eric) (Entered: 11/30/2007) |
| 11/30/2007 | 42 | AMENDED COMPLAINT against all defendants, filed by Pedro J Campo-Collazo, Aurea Rivera-Bermudez, Primitivo Velez-Santana, Luciano Morales-Rodriguez, Vito Verzura, Antonio Rivera, Ruth Suarez, Charles Martinez-Suarez, Suzanne Martinez-Suarez, Wilfredo Martinez-Suarez, Nereida Garcia-Martinez, Luis H. Martinez-Rivera, Conjugal Partnership Velez-Lugo, Conjugal Partnership Campo-Garcia, Maria Lugo-Hernandez, Luz Nereida Ortiz, Conjugal partnership Morales-Ortiz, Rita Verzura, Conjugal Partnership Verzura-Verzura, Francisca Felix, Conjugal Partnership Viera-Felix, Luis Martinez, Conjugal Partnership Martinez-Rivera, Aurea Rivera, Gilberto Colon-Perez, Maria E. Mojica-Mojica, Heriberto Esqueldo, Wilfredo Martinez, Humberto Hugobono, Wilfredo Izquierdo-Rodriguez, Rosa Otero-Rivera, Luis E. Alfonso-Diaz, Pedro S. Cintron, Ruiz Dael Gonzalez-Sierra, Santiago Ortiz-Castro, Ramon Viera, Gloria Pacheco, Carolee Serrano-Rosario, Jose Luis Rivera-Fernandez, Marigloria Campo, Juan Torres-Quinones, Pedro Rodriguez, David Ramos, Manuel Soto-Rodriguez, Lorenzo Aponte-Matos, Jose B. Patovani-Flores, Richard F. Lee.Service due by 4/1/2008,(Quetglas-Jordan, Eric) (Entered: 11/30/2007) |
| 11/30/2007 | 43 | ORDER noted 41 Notice (Other), filed by Wilfredo Martinez-Suarez, Luciano Morales-Rodriguez, Primitivo Velez-Santana, Gloria Pacheco, Francisca Felix, Ruiz Dael Gonzalez-Sierra, Rosa Otero-Rivera, Ramon Viera, Aurea Rivera, Rita Verzura, Humberto Hugobono, Luis E. Alfonso-Diaz, Nereida Garcia-Martinez, Vito Verzura, Santiago Ortiz-Castro, Richard F. Lee, Gilberto Colon-Perez, David Ramos, Jose B. |

| | | |
|---|---|---|
| | | Patovani-Flores, Aurea Rivera-Bermudez, Luis Martinez, Maria Lugo-Hernandez, Manuel Soto-Rodriguez, Luis H. Martinez-Rivera, Jose Luis Rivera-Fernandez, Antonio Rivera, Lorenzo Aponte-Matos, Wilfredo Izquierdo-Rodriguez, Heriberto Esqueldo, Suzanne Martinez-Suarez, Carolee Serrano-Rosario, Pedro J Campo-Collazo, Pedro Rodriguez, Charles Martinez-Suarez, Pedro S. Cintron, Juan Torres-Quinones, Luz Nereida Ortiz, Wilfredo Martinez, Maria E. Mojica-Mojica, Ruth Suarez, Marigloria Campo . Signed by Judge Gustavo A. Gelpi on 11/30/07. (sm) (Entered: 11/30/2007) |
| 11/30/2007 | 44 | Motion to allow Hunter J. Shkolnik to appear pro hac vice (Pro Hac fee $150 receipt number 173448) filed byHunter J. Shkolnik on behalf of George Russell-Nelson, Annabelle Anasta, Donald Tucker, Misty Tucker. (np) (Entered: 12/03/2007) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 12/03/2007 19:45:51 | | |
| **PACER Login:** | rs0055 | **Client Code:** | 354241/60094/4484 |
| **Description:** | Docket Report | **Search Criteria:** | 3:07-cv-01969-GAG |
| **Billable Pages:** | 12 | **Cost:** | 0.96 |