Sonja S. Weissman (SBN 154320)
Dana A. Blanton (SBN 232373)
REED SMITH LLP
1999 Harrison St., Suite 2400
Oakland, CA 94612
Telephone:    510.763.2000
Facsimile:    510.273.8832
Email: sweissman@reedsmith.com;
dblanton@reedsmith.com

Michael K. Brown (SBN 104252)
Ginger Heyman Pigott (SBN 162908)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
Telephone:    213.457.8000
Facsimile:    213.457.8080
Email: mkbrown@reedsmith.com;
gheyman@reedsmith.com

Attorneys for Defendant
Medtronic, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENEANE BAQUE, *et al.*,<br><br>                Plaintiffs,<br><br>vs.<br><br>MEDTRONIC, INC.,<br><br>                Defendants. | No.: 3:07-cv-5352-WHL<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT MEDTRONIC, INC.'S MOTION TO STAY PROCEEDINGS**<br><br>Hearing Date:   January 10, 2008<br>Time:           8:00 a.m.<br>Courtroom:      Courtroom 9, 19th Fl.<br>Compl. Filed:   October 19, 2007<br>Trial Date:     None Set<br><br>Honorable William H. Alsup |

Defendant Medtronic, Inc.'s Motion to Stay Proceedings came on regularly for hearing before this Court on January 10, 2008, at 8:00 a.m. in Courtroom 9. All parties were represented by their respective counsel.

The Court having considered all papers filed by plaintiff and defendant Medtronic, Inc. as well as all other papers filed in this action and the oral arguments of counsel, and good cause appearing, **ORDERS** as follows:

Defendant Medtronic, Inc.'s Motion to Stay Proceedings is GRANTED and all proceedings are stayed pending a decision by the Judicial Panel of Multidistrict Litigation on pending motions to transfer under 28 U.S.C. § 1407.

IT IS SO ORDERED.

DATED:

_____
The Honorable William H. Alsup
United States District Judge

DOCSOAK-9891455.1