1  Sonja S. Weissman (SBN 154320)
   Dana A. Blanton (SBN 232373)
2  REED SMITH LLP
   1999 Harrison St., Suite 2400
3  Oakland, CA  94612
   Telephone:    510.763.2000
4  Facsimile:    510.273.8832
   Email: sweissman@reedsmith.com;
5  dblanton@reedsmith.com

6  Michael K. Brown (SBN 104252)
   Ginger Heyman Pigott (SBN 162908)
7  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
8  Los Angeles, CA  90071
   Telephone:    213.457.8000
9  Facsimile:    213.457.8080
   Email: mkbrown@reedsmith.com;
10 gheyman@reedsmith.com

11 Attorneys for Defendant
   Medtronic, Inc

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENEANE BAQUE, *et al.*, | No. 07-5352-WHA |
| Plaintiffs, | **DEFENDANT MEDTRONIC, INC'S DEMAND FOR JURY TRIAL** |
| vs. | |
| MEDTRONIC, INC., | |
| Defendant. | |

1   Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Defendant Medtronic, Inc.
2   hereby demands a jury trial on all issues in the above-entitled matter.

4   Dated: December 17, 2007.

REED SMITH LLP


By_/s/ Dana A. Blanton_____
   Sonja S. Weissman
   Dana A. Blanton
   Attorney for Defendant
   Medtronic, Inc

DOCSOAK-9894998.1

- 1 -
DEFENDANT MEDTRONIC, INC'S DEMAND FOR JURY TRIAL