Sonja S. Weissman (CSBN 154320)
Dana A. Blanton (CSBN 232373)
REED SMITH LLP
1999 Harrison St, Ste 2400
Oakland, CA 94612
Telephone:    510.763.2000
Facsimile:    510.273.8832
Email: sweissman@reedsmith.com
dblanton@reedsmith.com

Michael K. Brown (CSBN 104252)
Ginger Heyman Pigott (CSBN 162908)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone:    213.457.8000
Facsimile:    213.457.8080
Email: mkbrown@reedsmith.com
gheyman@reedsmith.com

Attorneys for Defendant
Medtronic, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENEANE BAQUE, et al.<br><br>         Plaintiffs,<br><br>    vs.<br><br>MEDTRONIC, INC., et al.<br><br>         Defendant. | Case No. 3:07-cv-5352-WHA<br><br>**REPLY IN SUPPORT OF DEFENDANT MEDTRONIC, INC.'S MOTION TO STAY PROCEEDINGS PENDING DECISION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION ON PENDING TRANSFER MOTIONS**<br><br>Hearing Date:    January 10, 2007<br>Time:            8:00 a.m.<br>Courtroom:       9, 19th Fl.<br>Compl. Filed:    October 19, 2007<br>Trial Date:      None Set<br><br>Honorable William H. Alsup |

On December 3, 2007, defendant Medtronic, Inc. filed a motion to stay proceedings pending a decision by the Judicial Panel on Multidistrict Litigation on pending MDL motions. Under Local Rule 7-3, plaintiff's opposition or statement of non-opposition was due by December 20, 2007. Plaintiff did not file an opposition. Failure to file an opposition may be deemed consent to granting of the motion. *See Ghazali v. Moran,* 46 F.3d 52, 53 (9th Cir. 1995) (district court properly granted motion to dismiss when plaintiff did not file an opposition); *Candler v. Woodford*, 2007 U.S. Dist. LEXIS 83988, *29 (D. Cal. 2007) (cautioning plaintiff that failure to respond to defendants' motion for summary judgment may be deemed to be a consent by plaintiff of granting of the motion).

In light of plaintiff's decision not to file an opposition, Medtronic respectfully requests that the Court stay all proceedings based on the arguments contained in Medtronic's Memorandum of Points and Authorities in Support of the Motion to Stay Proceedings Pending Decision by the Judicial Panel on Multidistrict Litigation on Pending Motions for Transfer.

.DATED:  December 21, 2007

                                      REED SMITH LLP

                                       /s/ Dana A. Blanton
                                      Sonja S. Weissman
                                      Dana A. Blanton
                                      Attorneys for Defendant
                                      Medtronic, Inc.