IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENEANE BAQUE, et al., | No. C 07-05352 WHA |
| Plaintiffs, | |
| v. | **ORDER GRANTING MOTION TO STAY PROCEEDINGS AND VACATING HEARING** |
| MEDTRONIC INC., | |
| Defendant. | |

Defendant moved to stay proceedings pending decision by the judicial panel on multi-district litigation on pending motions for transfer. Plaintiffs did not file an opposition. In their reply, defendant contend that plaintiffs' failure to file an opposition may be deemed as consent to granting the motion. Plaintiffs do not argue otherwise. The motion to stay proceedings is therefore **GRANTED** and the hearing on January 10, 2008, is **VACATED**.

**IT IS SO ORDERED.**

Dated: January 4, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE