1  Elizabeth J. Cabraser (State Bar No. 083151)
   ecabraser@lchb.com
2  Wendy R. Fleishman
   wfleishman@lchb.com
3  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
   275 Battery Street, 30th Floor
4  San Francisco, CA  94111-3339
   Telephone:  (415) 956-1000
5  Facsimile: (415) 956-1008

6  Elizabeth A. Alexander
   ealexander@lchb.com
7  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
   150 Fourth Avenue, N., Suite 1650
8  Nashville, TN 37219-2324
   Telephone: (615) 313-9000
9  Facsimile: (615) 313-9965

10 *Attorneys for Plaintiff and the Proposed Class*

11                 UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13              SAN FRANCISCO/OAKLAND DIVISION

14

15 RASHID HUNTER, individually and on        Case No.  07-6474-BZ
   behalf of all others similarly situated,
16                                            **ADMINISTRATIVE MOTION
                 Plaintiff,                   TO CONSIDER WHETHER
17                                            CASES SHOULD BE RELATED**
   v.
18                                            The Honorable William H. Alsup
   MEDTRONIC, INC., MEDTRONIC
19 INTERNATIONAL TECHNOLOGY,
   INC. formerly known as MEDTRONIC
20 PUERTO RICO, INC., and
   MEDTRONIC PUERTO RICO
21 OPERATIONS CO.,

22                 Defendants.

23

24

25 **TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

26          Pursuant to Local Rule 3-12, Plaintiff Rashid Hunter respectfully submits this

27 administrative motion to consider whether a case filed in this District, *Hunter, et al. v. Medtronic,*

28 *Inc., et al.,* Case No. 07-6474 (BZ), filed December 26, 2007, should be related to *Baque v.*

741776.2                                          ADMINISTRATIVE MOTION TO CONSIDER
                                                  WHETHER CASES SHOULD BE RELATED
                                                  CASE NO.  07-6474-BZ

1    *Medtronic, Inc.*, Case No. 07-5352 (WHA), filed on October 19, 2007. *Baque* is assigned to the

2    Honorable William H. Alsup. Another related case, *West v. Medtronic, Inc., et al,* Case No. 07-

3    5697 (WHA), filed on November 8, 2007, was reassigned to the Honorable William H. Alsup on

4    January 14, 2008. A copy of the Reassignment Order is attached hereto as Exhibit A.

5    Defendants have no objection to this motion.

6            Pursuant to Local Rule 3-12(d)(2), these cases should be deemed as related. The

7    *Hunter,* the *Baque* and the *West* actions allege many of the same facts and assert that the common

8    Defendant, Medtronic, Inc., negligently and wrongfully marketed Sprint Fidelis defibrillator leads

9    to be used in connection with implantable cardioverter defibrillators in Plaintiffs' hearts. Each of

10   these cases assert nearly identical facts and legal theories that arise out of the development,

11   manufacture and sale of the same devices. It is clear that each of these cases should be treated as

12   related.

13           Further, Plaintiff in *Baque* has moved that these and other Sprint Fidelis lead cases

14   be centralized by the Judicial Panel on Multidistrict Litigation in the matter of *In re: Medtronic*

15   *Sprint Fidelis Leads Products Liability Litigation,* MDL Docket No. 1905. Plaintiff in *Hunter*

16   subsequently filed a response supporting centralization of these cases. The matter is scheduled

17   for hearing on January 30, 2008, before the Judicial Panel.

18           All of above listed actions allege that Defendants improperly developed, designed,

19   manufactured and marketed the Sprint Fidelis leads, which fracture as a result of stress after they

20   have been implanted in the cardiac patients' hearts for a period of time. It is asserted in each

21   action that Defendants have subjected plaintiffs to the same illegal conduct.

22           Pursuant to Local Rule 3-12(a)(2), it appears likely that there will be an unduly

23   burdensome duplication of labor and expense or the possibility of conflicting results if the cases

24   are conducted before different Judges.

25

26

27

28

ADMINISTRATIVE MOTION TO CONSIDER
WHETHER CASES SHOULD BE RELATED
CASE NO. 07-6474-BZ

1    Therefore, Plaintiffs seek that this Court determine that *Hunter* is related to *Baque*

2    and *West* in order to eliminate duplicative discovery, prevent inconsistent pretrial rulings and

3    conserve the resources of the parties, their counsel, and the judiciary.

4

5    Respectfully submitted,

6    Dated: January 16, 2008     LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

7

8    By: _____ */s/ Elizabeth J. Cabraser_____

     Elizabeth J. Cabraser

9    Elizabeth J. Cabraser

10   ecabraser@lchb.com
     Wendy R. Fleishman
     wfleishman@lchb.com

11   275 Battery Street, 30th Floor
     San Francisco, CA  94111-3339

12   Telephone:  (415) 956-1000
     Facsimile: (415) 956-1008

13

14   Elizabeth A. Alexander
     ealexander@lchb.com

15   LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
     150 Fourth Avenue, N., Suite 1650

16   Nashville, TN 37219-2324
     Telephone: (615) 313-9000
     Facsimile: (615) 313-9965

17

18   *Attorneys for Plaintiff and the Proposed Class*

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

**UNITED STATES DISTRICT COURT**

**Northern District of California**

**450 Golden Gate Avenue**

**San Francisco, California 94102**

——————————

www.cand.uscourts.gov

Richard W. Wieking                                                                    General Court Number
Clerk                                                                                            415.522.2000


**January 14, 2008**

**CASE NUMBER:  CV 07-05697 MEJ**
**CASE TITLE:  WILLIE WEST-v-MEDTRONIC INC.**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable WILLIAM H. ALSUP**  for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **WHA**  immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: 1/14/08


FOR THE EXECUTIVE COMMITTEE:

_____
Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                          Special Projects
Log Book Noted                                                   Entered in Computer 1/14/08AS


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                        Transferor CSA