Elizabeth J. Cabraser (State Bar No. 083151)
ecabraser@lchb.com
Wendy R. Fleishman
wfleishman@lchb.com
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Elizabeth A. Alexander
ealexander@lchb.com
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
150 Fourth Avenue, N., Suite 1650
Nashville, TN 37219-2324
Telephone: (615) 313-9000
Facsimile: (615) 313-9965

*Attorneys for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| RASHID HUNTER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MEDTRONIC, INC., MEDTRONIC INTERNATIONAL TECHNOLOGY, INC. formerly known as MEDTRONIC PUERTO RICO, INC., and MEDTRONIC PUERTO RICO OPERATIONS CO.,<br><br>Defendants. | Case No. 07-6474-BZ<br><br>**PROOF OF SERVICE VIA**<br>**U.S. MAIL AND ELECTRONIC FILING**<br><br>The Honorable William H. Alsup |

      I am a citizen of the United States and employed in San Francisco County, San Francisco, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 275 Battery Street, 30th Floor, San Francisco, CA 94111.

745354.1

PROOF OF SERVICE VIA
U.S. MAIL AND ELECTRONIC FILING
CASE NO. 07-6474-BZ

1         On January 16, 2008, I caused to be served, via electronic transmission in the United States District Court for the Northern District of California using the CM/ECF system which will send notification of such filing to all registered counsel electronically, upon all parties registered in the action styled *Baque v. Medtronic, Inc.*, Case No. 07-5352 (WHA), a copy of the documents entitled:

    **1.**     **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED, with attached Exhibit A**; and this

    **2.**     **PROOF OF SERVICE VIA U.S. MAIL AND ELECTRONIC FILING.**

I am also readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On January 16, 2008, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s) in a sealed envelope, postage fully paid, addressed to the following counsel in the action styled *West v. Medtronic, Inc., et al,* Case No. 07-5697 (WHA):

C. Brooks Cutter<br>
KERSHAW, CUTTER & RATINOFF, LLP<br>
401 Watt Avenue<br>
Sacramento, CA 95864

        Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

        I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

        Executed on January 16, 2008, at San Francisco, California.

                                          */s/ Elizabeth J. Cabraser*
                                            Elizabeth J. Cabraser